```
WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff
```

FILED
CLERK, U.S. DISTRICT COURT
DEC 14 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JEROME EARL HATCHETT,  ) CASE NO.: **EDCV09-2304 FFM**
                       )
        Plaintiff,     ) [~~PROPOSED~~] ORDER AWARDING
                       ) EAJA FEES
        v.             )
                       )
MICHAEL J. ASTRUE,     )
Commissioner of Social Security, )
                       )
        Defendant.     )
_____)

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND FOUR HUNDRED SIXTY DOLLARS and no/cents ($2,460.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: 12/14/10

_____
UNITED STATES MAGISTRATE JUDGE

1